AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

CHRISTOPHER S. LAGERVALL,

        Plaintiff,

v.

LARRY TAYLOR and RICK ANDERSON,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-06-5021-FVS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that the application to proceed in forma pauperis is DENIED and the complaint is DISMISSED with leave to file a new action once Plaintiff's administrative remedies have been exhausted.

May 3, 2006
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson